MISC 06 052 S

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF ROOFERS LOCAL NO. 33 PENSION FUND, THRIFT FUND AND INSURANCE FUND<br>Plaintiffs | ) |
| | ) C.A. NO. 05-11976-RCL |
| v. | ) |
| MCKENNA ROOFING, INC.<br>Defendant | ) |

## JUDGMENT

LINDSAY, D.J.

Defendant McKenna Roofing, Inc. having failed to plead or otherwise defend this action and default having been entered on February 27, 2006.

Now upon application of plaintiff and an affidavit demonstrating that defendant owes plaintiff the sum of $156,651.16 that defendant is not an infant or incompetent person or in the military service of the United States, that and that plaintiff has incurred costs and attorney's fees in the sum of $1,074.00,

It is hereby **ORDERED, ADJUDGED AND DECREED** that Plaintiff recover from defendant McKenna Roofing, Inc. the principal amount of $129,568,60, with costs in the amount of $254.00, attorney's fees in the amount of $820, liquidated damages in the amount of $25,913.72 and prejudgment interest in the amount of $1,168.84 for a total judgment of $157,725.16 with interest as provided by law.

By the Court,
Lisa M Hourihan
Deputy Clerk

Date: April 25, 2006

I hereby certify on 5/04/06 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on ______
☐ original filed in my office on ______
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: ______
Deputy Clerk